IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA | INFORMATION |
| v. | Case No.   25-cr-63-wmc |
| | 21 U.S.C. § 841(a)(1) |
| WAYLON R. DEGENHARDT, | 21 U.S.C. § 846 |
| Defendant. | |

THE UNITED STATES ATTORNEY CHARGES:

## COUNT 1

From on or about March 12, 2024, to on or about March 20, 2025, in the Western District of Wisconsin and elsewhere, the defendant,

WAYLON R. DEGENHARDT,

knowingly and intentionally conspired with others known and unknown to the grand jury, to distribute, and to possess with intent to distribute a mixture or substance containing a detectable amount of methamphetamine, and a mixture or substance containing a detectable amount of fentanyl (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide), both Schedule II controlled substances, in violation of Title 21, United States Code, Section 841(a)(1).

(All in violation of Title 21, United States Code, Section 846).

06/18/2026
Date

CHADWICK M. ELGERSMA
United States Attorney